## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNION STEEL, | ) |
| Plaintiff, | ) Court No. 09-00130 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion filed by Whirlpool Corporation to intervene as of right as plaintiff-intervenor in the above-captioned action, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that Whirlpool Corporation may participate in the above-captioned action as plaintiff-intervenor.

_____
Judge

Dated: _____, 2009
New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNION STEEL, | ) |
| Plaintiff, | ) |
| | ) Court No. 09-00130 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## MOTION TO INTERVENE AS OF RIGHT

Whirlpool Corporation hereby moves to intervene as of right as plaintiff-intervenor in the above captioned action pursuant to Rule 24(a) and (c) of the Rules of this Court. Counsel for plaintiff, Union Steel, Donald B. Cameron, Esq. of Troutman Sanders LLP consented to this motion. Stephen C. Tosini of the U.S. Department of Justice, counsel for Defendant, indicated that it does not consent to this motion.

## BACKGROUND

Plaintiff, Union Steel, commenced this action by filing both a summons and a complaint on March 24, 2009 pursuant to 19 U.S.C. § 1581(c) seeking review of the U.S. Department of Commerce's ("Commerce") final affirmative determination in its fourteenth antidumping administrative review covering certain corrosion-resistant carbon steel flat products ("CORE") from Korea. The challenged determination was published as *Certain Corrosion-Resistant Carbon Steel Flat Products from the Republic of Korea: Notice of Final Results of the Fourteenth Administrative Review and Partial Rescission*, 74 Fed. Reg. 11,082 (March 16, 2009) ("*Final Results*"). Accordingly, this motion is timely pursuant to Rule 24 (a) as it is filed within 30 days after service of the complaint.

## STANDING

Whirlpool Corporation is an importer of corrosion-resistant carbon steel that was manufactured by Pohang Iron and Steel Company, Ltd. ("POSCO") and Union Steel and purchased from LG Chem America, Inc. ("LG Chem"). Whirlpool Corporation is, therefore, an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3).

Whirlpool Corporation became a "party to the proceedings" in Commerce's fourteenth antidumping duty administrative review covering certain CORE products after it filed a request for an administrative review of POSCO, Union Steel and LG Chem, along with subsequent supporting documentation, with Commerce. As a result of Whirlpool Corporation's initiation of and participation in the administrative review of certain entities, the entity that Whirlpool Corporation purchased CORE products from, LG Chem, received a separate weighted-average antidumping duty margin. This weighted-average dumping margin was based, in part, on the antidumping duty margin assigned to Union Steel challenged herein. Therefore, Whirlpool Corporation has standing to intervene as of right under 28 U.S.C. § 2631(j)(1)(B). Whirlpool Corporation reserves the right to raise each and every issue raised in plaintiff's complaint.

For the reasons set-forth above, Whirlpool Corporation respectfully requests that its motion be granted.

Dated: __4/15/2009__                __/s/ William R. Rucker__
                                                                              William R. Rucker
                                                                              Michelle L. Welsh

                                                                              **Drinker Biddle & Reath, LLP**
                                                                              191 N. Wacker Drive, Suite 3700
                                                                              Chicago, Illinois 60606-1698
                                                                              tel: (312) 569-1157
                                                                              Attorneys for Plaintiff-Intervenor

# CERTIFICATE OF SERVICE

I, Michelle Welsh, hereby certify that, on April 15, 2009, the attached consent motion to intervene as of right and proposed order, as well as the notice of appearance and Forms 13 and 17 were served via first-class mail, postage prepaid, on the following parties:

>Donald B. Cameron
>Troutman Sanders LLP
>401 9th Street, N.W., Suite 1000
>Washington, D.C. 20004-2134
>
>Claudia Burke
>U.S. Department of Justice
>Commerical Litigation Branch - Civil Division
>1100 L Street, NW.
>Room 12112
>Washington , DC 20530

    /s/ Michelle Welsh    4/15/2009
Michelle Welsh

CH01/ 25328796.1