# UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| UNION STEEL, |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant, |
| and |
| UNITED STATES STEEL CORPORATION and NUCOR CORPORATION, |
| Defendant-Intervenors. |

Before: Timothy C. Stanceu, Judge

Court No. 09-00130

## ORDER

Upon consideration of Whirlpool Corporation's Motion to Intervene as of Right, Whirlpool Corporation's Motion for Temporary Restraining Order and Preliminary Injunction, Defendant's Opposition to Whirlpool Corporation's Motion to Intervene as of Right, Defendant's Opposition to Whirlpool Corporation's Motion for Temporary Restraining Order and Preliminary Injunction, and all other papers and proceedings herein, the court concludes that Whirlpool Corporation has made a showing of irreparable harm and a showing of the likelihood of its succeeding on the merits such as is appropriate to the grant of a temporary restraining order in this action and concludes, further, that the balance of hardships and public interest weigh in favor of the grant of such temporary restraining order. Therefore, it is hereby

**ORDERED** that Whirlpool Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction be, and hereby is, GRANTED with respect to its application for a temporary restraining order and held in abeyance with respect to its motion for preliminary injunctive relief; it is further

**ORDERED** that the court's ruling on Whirlpool Corporation's Motion to Intervene as of Right be, and hereby is, held in abeyance pending further proceedings; it is further

**ORDERED** that Whirlpool Corporation be, and hereby is, conditionally granted status as a plaintiff-intervenor for the sole purpose of allowing the court to conduct proceedings on an expedited basis preparatory to the court's ruling on Whirlpool Corporation's Motion to Intervene as of Right and on Whirlpool Corporation's motion for preliminary injunctive relief, which conditional intervenor status shall terminate upon the court's ruling on Whirlpool Corporation's Motion to Intervene as of Right; it is further

**ORDERED** that, if no party moves, on or before May 11, 2009, for a hearing on the issue of whether Whirlpool should be granted a preliminary injunction and, in support of such motion, identifies factual issues that it considers to be relevant to the court's ruling on the issue of preliminary injunctive relief and on which that party intends to introduce evidence at such hearing, the court shall rule on the motion for preliminary injunctive relief based on the submissions that the parties have made; and it is further

**ORDERED** that Defendant, United States, together with the delegates, officers, agents and employees of the United States Department of Commerce and United States Customs and Border Protection, shall be, and hereby are, temporarily restrained, for twenty (20) days from the date of service of this Order, from causing or permitting liquidation of any unliquidated entries of corrosion-resistant carbon steel flat products from Korea: (i) that were exported by LG Chem., Ltd. and imported by Whirlpool Corporation; (ii) that were the subject of the determination in *Certain Corrosion-Resistant Carbon Steel Flat Products from the Republic of Korea: Notice of Final Results of the Fourteenth Administrative Review and Partial Rescission*, 74 Fed. Reg. 11,082 (Mar. 16, 2009); (iii) that were entered during the period from August 1, 2006 through July 31, 2007; and (iv) that remain unliquidated at the close of business on the 5th business day following the date on which copies of this Order are personally served by hand delivery by Whirlpool Corporation, its counsel, or its agents upon the following individuals and received by them or their delegates:

Ann Sebastian
Director, APO Unit
Import Administration
Room 1870
U.S. Department of Commerce
14th Street and Constitution Avenue, N.W.
Washington, D.C. 20230

Commissioner or Acting Commissioner, U.S. Customs and Border Protection
Attn: Alfonso Robles, Esq., Chief Counsel
1300 Pennsylvania Avenue, N.W., Room 3305
Washington, D.C. 20229

/S/ Timothy C. Stanceu
Judge

Dated: May 6, 2009
New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: May 6, 2009  By: /s/ Cynthia Love
                       Deputy Clerk