## UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: HONORABLE TIMOTHY C. STANCEU

| | |
|---|---|
| UNION STEEL,<br><br>   Plaintiff,<br><br>  and<br><br>WHIRLPOOL CORPORATION,<br><br>   Plaintiff-Intervenor,<br><br>  v.<br><br>UNITED STATES,<br><br>   Defendant,<br><br>  and<br><br>UNITED STATES STEEL CORP.<br>and NUCOR CORP.,<br><br>   Defendant-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Court No. 09-00130<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff Union Steel's Consent Motion for Stay of Further Proceedings, and all other papers and proceedings related thereto, it is hereby **ORDERED** that:

All further proceedings in this action are stayed until the exhaustion of the appeal in *Union Steel v. United States*, No. 11-00083, 2012 Ct. Intl. Trade LEXIS 25 (Feb. 27, 2012)(Restani, J.), *appeal docketed*, No. 2012-1248 (Fed. Cir. March 6, 2012), including the expiry of any period for a further appeal after a decision on the merits by the U.S. Court of Appeals for the Federal Circuit.

**SO ORDERED.**

/S/     Timothy C. Stanceu

Dated: *May 10, 2012*       Judge
New York, New York

6580580 v01