UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE TIMOTHY C. STANCEU

|  |  |
|---|---|
| UNION STEEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Ct. No. 09-00130 |

~~PROPOSED~~ ORDER (to)

Upon consideration of the Plaintiff's June 25, 2013 Consent Motion To Lift Stay, it is hereby:

ORDERED that Plaintiff's Motion is granted; and it is further

ORDERED that the Court's May 10, 2012 Order of Stay is hereby lifted.

SO ORDERED.

/S/    Timothy C. Stanceu
　　　　　　　　　Judge

Dated: June 27, 2013
New York, New York

8140649 v1